■     In the Matter of JOSE R. (ANONYMOUS), Appellant.—In proceedings pursuant to article 7 of the Family Court Act, the appeal is from an order of the Family Court, Kings County, dated March 13, 1974, which, upon two determinations that appellant was a juvenile delinquent, placed him on probation. Appellant has brought up for review only one of said determinations, that under the petition in Docket No. D 2622/74. Order reversed, on the facts, said petition dismissed and proceeding remanded to the Family Court for the making of a new order of disposition with regard to the other determination, that under Docket No. 17206/73. The allegations of the petition under Docket No. D 2622/74 were not proven beyond a reasonable doubt. Furthermore, the evidence did not support a finding that, beyond a reasonable doubt, there had been an attempt at coercion. Gulotta, P. J., Rabin, Martuscello, Cohalan and Shapiro, JJ., concur.

■     In the Matter of CHARLOTTE P. SHARKEY, an Incompetent Person. JOAN HORN, as Administratrix C.T.A., et al., Appellants; IRA J. LEFTON, as Committee, Respondent.—In an incompetency proceeding pursuant to article 78 of the Mental Hygiene Law, the appeal is from a judgment of the Supreme Court, Queens County, dated September 26, 1974 which, *inter alia* (1) judicially settled the final account of respondent Ira T. Lefton, as committee of the incompetent, and (2) fixed the amount to be allowed him for legal services rendered by him separate and apart from his work as committee for the incompetent, that amount being $5,800. Judgment modified, on the facts and in the exercise of discretion, by (1) deleting from the fourth decretal paragraph thereof the figure "$5,800" and substituting therefor the figure "$4,500" and (2) deleting from the eighth decretal paragraph the figure "$29,199.97" and substituting therefor the figure "$30,499.97". As so modified, judgment affirmed, without costs. In our opinion the fee awarded to Ira J. Lefton for his legal services was excessive to the extent indicated herein. Martuscello, Acting P. J., Christ, Munder and Shapiro, JJ., concur.